# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ADMINISTRATION OF THE MARTIN MICHALAK LIVING TRUST, DATED MAY 25, 2010.

THE STATE OF NEVADA,
     Appellant,
vs.
CLAUDIA COORDES,
     Respondent.

No. 70431

**FILED**

NOV 16 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Lansford Levitt, Settlement Judge
Attorney General/Carson City
Attorney General/Las Vegas
The Rushforth Firm, Ltd.
Eighth District Court Clerk

16-35695